IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02626-MEH

JONATHAN POOL, on behalf of himself and those similarly situated,

    Plaintiff,

v.

GREAT WESTERN BANK,

    Defendant.

---

**ORDER**

---

**Michael E. Hegarty, United States Magistrate Judge**

    Before the Court is the parties' Joint Motion for Preliminary Approval of Class Action Settlement Agreement. ECF 33. Plaintiff commenced this civil action against his employer seeking unpaid overtime compensation for pre-shift time spent doing alarm deactivation and security-related tasks and for unused break time. Plaintiff brought suit under the federal Fair Labor Standards Act, 29 U.S.C. § 216 ("FLSA") and its Colorado statute equivalents. The undersigned conducted a Settlement Conference on June 29, 2022, at which the parties reached a private resolution of the dispute. ECF 26. The parties now seek to form an FLSA Collective Action Settlement Class and a Fed. R. Civ. P. 23 Settlement Class by which to include other similarly situated employees in the parties' settlement agreement.

    The Court already is familiar with the terms of that agreement. With the benefit of that familiarity and on the basis of the detailed legal analysis provided in the Joint Motion, the Court accepts the settlement as a reasonable resolution of the dispute over its continued litigation and trial. The Court finds reasonable the total settlement amount of $575,000.00; the $191,666.66 fee

and cost award that Plaintiff's counsel will receive from that total; and the $15,000.00 that Mr. Pool will receive as the Class Representative. The settlement also is fair and reasonable as measured against the criteria of Fed. R. Civ. P. 23(e)(2).

The Court grants the parties' requests needed to proceed forward. First, the Court certifies an FLSA Collective Action Settlement Class defined as:

> all non-exempt employees who worked at any Great Western Bank branch location in the United States between September 28, 2018 and August 11, 2022, who timely file a FLSA Opt-in Form indicating their intention to opt-in to this action.

The Court also certifies a Rule 23 Settlement Class defined as:

> all non-exempt employees employed by Great Western Bank who worked at a branch bank location in Colorado at any time between September 28, 2015 and August 11, 2022.

The Court appoints Jonathan Pool as the Class Representative and his attorney, Andrew H. Turner, Esq., as Class Counsel.

The Court approves the parties' proposed FLSA Notice of Settlement and Opt-In Form (found in the record at ECF 33-2) and their proposed Rule 23 Notice of Settlement and Exclusion Form (ECF 33-3). The Court approves on a preliminary basis the parties' proposed Settlement Agreement (ECF 33-1).

The parties shall disseminate those Notices to the appropriate Class Members pursuant to the terms of the Settlement Agreement.

For good cause shown, the parties' Joint Motion for Preliminary Approval of Class Action Settlement Agreement [filed August 17, 2022; ECF 33] is **granted**.

Following the close of the sixty-day Opt-out Period, the parties shall file a Joint Motion for Final Approval of the Settlement Agreement.

This Court will hold Final Fairness Hearing on **January 26, 2023** at **2:00 p.m.,** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

Entered this 24th day of August, 2022, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge