IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02626-MEH

JONATHAN POOL, on behalf of himself and those similarly situated,

     Plaintiff,

v.

GREAT WESTERN BANK,

     Defendant.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**

THIS MATTER, having come before the Court on the parties' Joint Motion for Final Approval of Class Action Settlement (the "Motion") [filed January 20, 2023; ECF 36], the Court being fully apprised in the premises, and for good cause show, hereby ORDERS as follows:

1. The Motion is GRANTED;

2. The Court APPROVES the Settlement Agreement (ECF 33-1), as fair, reasonable, and adequate within the meaning of F.R.C.P. 23(e)(2);

3. The Court GRANTS final certification of the FLSA Collective Action Settlement Class conditionally certified at ECF 34 pg. 2. That class is defined as:

> all non-exempt employees who worked at any Great Western Bank branch location in the United States between September 28, 2018 and August 11, 2022, who submitted a FLSA Opt-in Form indicating their intention to opt-in to this action prior to October 25, 2022.

The 250 members of that FLSA Collective Action Settlement Class are named at ECF 36-2 pgs. 10-15;

4.      The Court GRANTS final certification of the Rule 23 Settlement Class conditionally certified at ECF 34 pg. 2.  That class is defined as:

> all non-exempt employees employed by Great Western Bank who worked at a branch bank location in Colorado at any time between September 28, 2015 and August 11, 2022.

The 218 members of that Rule 23 Settlement Class are named at ECF 36-2 pgs. 16-22.

5.      The Court GRANTS final appointment of Class Counsel and of the Class Representative identified at ECF 34 pg. 2;

6.      The Court ORDERS compliance with the Settlement Agreement, the terms of which are incorporated into this Order, and which shall be binding upon the Defendant, the Named Plaintiff, and the members of each Settlement Class;

7.      The Court ORDERS that all claims that have been asserted in this lawsuit by the Named Plaintiffs and the Settlement Class Members, as defined the Settlement Agreement, or that relate in any way to the sick leave bank, or the termination thereof, are hereby voluntarily dismissed with prejudice as stipulated in the Settlement Agreement.

Entered  January 26, 2023, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge